**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| STATE OF CONNECTICUT<br><br>*Plaintiff,*<br><br>vs.<br><br>KALSHIEX LLC,<br><br>*Defendant.* | Civil Action No.: 3:26-cv-01382-VDO<br><br><br><br><br><br><br><br>SEPTEMBER 17, 2026 |

**STIPULATION AND [PROPOSED] ORDER TO VACATE CASE SCHEDULE AND ENTER AN AMENDED SCHEDULING ORDER**

Plaintiff State of Connecticut (the "State") and Defendant KalshiEX LLC ("Kalshi"), by and through their undersigned counsel, hereby stipulate and respectfully request that the Court stay all pending deadlines in this action, including the deadlines set forth below, until the Court adjudicates the State's pending motion to remand the action. In support thereof, the State and Kalshi state as follows:

1. On August 26, 2026, the State filed a Complaint against Kalshi in the Superior Court of the State of Connecticut, Judicial District of Hartford.

2. That same day, August 26, 2026, Kalshi removed the case to the United States District Court for the District of Connecticut pursuant to 28 U.S.C. §§ 1331, 1441, and 1442.

3. On August 28, 2026, the State requested that Kalshi waive service of the summons and Complaint. On September 4, 2026, Kalshi agreed to waive service of the summons and Complaint. Under Federal Rule of Civil Procedure 4(d)(3), Kalshi's response to the Complaint would therefore be due on October 27, 2026, sixty (60) days after the date the State sent its request.

4. On September 8, 2026, the State filed a motion to remand this action to state court.

5. Under Local Rule 7(a), Kalshi's opposition to the motion to remand is due September 29, 2026.

6. Under Local Rule 7(d), any reply memorandum from the State is due fourteen (14) days after Kalshi files its opposition. If Kalshi files its opposition on September 29, 2026, the State's reply would be due October 13, 2026.

7. Under Local Rule 26(f)(1), the parties must confer within thirty (30) days after the first appearance of a defendant. Kalshi appeared upon removal on August 26, 2026, and the parties must therefore confer on or before September 25, 2026.

8. Under Local Rule 26(f)(1), the parties must file their Rule 26(f) report within fourteen (14) days after the conference. The latest date the Rule 26(f) report could be due is therefore October 9, 2026.

9. The parties agree that good cause exists to stay all pending deadlines, including Kalshi's October 27, 2026 deadline to respond to the Complaint, the September 25, 2026 conference deadline, the October 9, 2026 deadline to file the Rule 26(f) report, and any scheduling conference, until the Court adjudicates the issue of remand. The pending motion to remand may determine whether this Court has jurisdiction over the action, and requiring the parties to respond to the pleadings, confer, or submit a Rule 26(f) report before that question is resolved would expend party and judicial resources on a schedule that may not govern this case. No party will be prejudiced by the requested stay.

10. Accordingly, the parties stipulate, subject to the Court's approval, that all pending deadlines in this action, including Kalshi's deadline to respond to the Complaint, the Rule 26(f) conference, and the deadline to submit the Rule 26(f) report, are stayed until the Court adjudicates the issue of remand. If the action remains before this Court:

a. Kalshi shall respond to the Complaint within thirty (30) days after the Court's ruling on remand;

b. The parties shall confer as required by Local Rule 26(f)(1) within thirty (30) days after the Court's ruling on remand; and

c. The parties shall file their Rule 26(f) report within fourteen (14) days thereafter.

Respectfully submitted on September 17, 2026.


*/s/ Vanessa Roberts Avery*
Vanessa Roberts Avery (ct21000)
**McCarter & English, LLP**
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6700
vavery@mccarter.com

Neal Katyal (*pro hac vice*)
Joshua B. Sterling (*pro hac vice*)
William E. Havemann (*pro hac vice*)
**Milbank LLP**
1101 New York Avenue NW
Washington D.C. 20005
Telephone: 202-835-7500
Facsimile: 202-263-7586
nkatyal@milbank.com
JSterling@milbank.com
WHavemann@milbank.com

Grant R. Mainland (*pro hac vice*)
Katherine Kelly Fell (*pro hac vice*)
Andrew L. Porter (*pro hac vice*)
Nicole D. Valente (*pro hac vice*)
**Milbank LLP**
55 Hudson Yards
New York, NY 10001
Telephone: 212-530-5000
Facsimile: 212-530-5219
GMainland@milbank.com
APorter@milbank.com
KFell@milbank.com
NValente@milbank.com

*Attorneys for KalshiEX LLC*

*/s/ Joseph Gasser*
Joseph Gasser (ct30299)
Michael Nunes (ct31522)
Assistant Attorneys General
**Office of the Attorney General**
165 Capitol Avenue
Hartford, CT 06106
Telephone: (860) 808-5400
joseph.gasser@ct.gov
michael.nunes@ct.gov

*Attorneys for State of Connecticut*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Vanessa Roberts Avery*
Vanessa Roberts Avery (ct21000)